Case 8:21-mc-00124-WFJ-JSS   Document 8   Filed 12/09/21   Page 1 of 4 PageID 84

# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# Tampa Division

CASE NO. 8:21-mc-00124-WFJ-JSS

**MATTHEW ORSO AS SUCCESSOR TRUSTEE**
**TO KENNETH D. BELL IN HIS CAPACITY**
**AS COURT-APPOINTED RECEIVER FOR**
**REX VENTURE GROUP, LLC**
**d/b/a ZEEKREWARDS.COM**

    Plaintiff,

v.

**STEPHANIE PEREZ,**

    Defendant,

v.

**BANK OF AMERICA, N.A.**
**and**
**JP MORGAN CHASE BANK, N.A.**

    Garnishees.

_____/

## MOTION FOR APPOINTMENT OF PROCESS SERVER

Plaintiff, **NATIONWIDE JUDGMENT RECOVERY, INC., ASSIGNEE OF MATTHEW ORSO AS SUCCESSOR TRUSTEE TO KENNETH D. BELL IN HIS CAPACITY AS COURT-APPOINTED RECEIVER FOR REX VENTURE GROUP, LLC d/b/a ZEEKREWARDS.COM** ("Plaintiff"), pursuant to Federal Rule of Civil Procedure 4.1, files this Motion for Appointment of Process Server and states as follows:

1. On September 17, 2021 Plaintiff registered a judgment in this Court from the Western District of North Carolina against Defendant STEPHANIE PEREZ ("Perez").

2. On December 2, 2021 the Plaintiff filed Motions for Writ of Garnishment ("Plaintiff's motions") as to Bank of America [Docket #2] and JP Morgan Chase Bank [Docket #3] (collectively, "the garnishees"), seeking to garnish any and all accounts belonging to Perez.

3. On December 8, 2021, this Court granted Plaintiff's motions [DOCKET #s 4 and 5] and directed the Clerk of Court to issue the writs.

4. The Clerk of Court issued the Writs of Garnishment as to Bank of America and JP Morgan Chase Bank on December 9, 2021 [Docket #s 6 and 7].

5. Federal law governs who may serve a writ of garnishment. Pursuant to Federal Rule of Civil Procedure 4.1(a), "[p]rocess – other than a summons under Rule 4 or a subpoena under Rule 45 – **must** be served by a United States marshal or deputy marshal or by a person specially appointed for that purpose." See *Francois v. Washmonbo, Inc.*, No. 05-23368-CIV, 2008 WL 2694752, at *2 (S.D. Fla. July 8, 2008) (appointing a special process server to serve a writ of garnishment on the garnishee and stating that "the Federal Rules…permit the appointment of a special process server to serve a writ of garnishment on the garnishee pursuant to the Federal Rules); see also *Premier Trailer Leasing, Inc. v.*

*DM World Transportation, LLC,* 2020 WL 7396979, (M.D. Fla. December 17, 2020)(denying relief on the basis that Plaintiff used a process server other than a marshal, without the court's permission to do so) and *Sumner v. Garner*, No. 18-40-CV (M.D. Fla. December 9, 2019) (reiterating that appointment of a process server is required where the US Marshal is not being used); but see *Hightower v. Macclenny Tire and Lube, Inc.*, No. 19-CV-219 (M.D. Fla. March 4, 2019)(holding in a footnote that "court appointment of a process server is generally unnecessary because the Federal Rules of Civil Procedure provide that "any person who is at least 18 years old and not a party may serve a summons and complaint") and *Turi v. Stacey*, 2014 WL 12873397 (M.D. Fla. January 10, 2014)("the Federal Rules of Civil Procedure…make appointment of a special process server unnecessary because the rules provide that service may be made by any person who is at least 18 years old and not a party").

6. Given the limited resources and time constraints of the U.S. Marshals Service, Plaintiff seeks the entry of an Order appointing any employee or agent of ABC Legal, who is otherwise legally permitted to effectuate service of process under applicable law, to serve the writs upon the garnishees.

WHEREFORE, Plaintiff requests that this Court enter an Order appointing ABC Legal to serve the writs on the garnishees and for such other and further relief as this Court deems just and proper.

Dated: December 9, 2021

Respectfully submitted,

*Alison Emery*

_____
Alison N. Emery, Esquire
Florida Bar No. 621641
Emery Law PLLC
5011 Gate Parkway, Bldg 100, Suite 100
Jacksonville, FL 32256
Telephone 904-404-3394
E-mail: alison@jaxlawyer.com
Counsel for Plaintiff

4